ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Joseph K. Lee State Bar No. 289258
Joseph.Lee@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

-and-

Seth Ogden (*Pro Hac Vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
Alien Processing, LLC d/b/a C1D1 Labs

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALIEN PROCESSING, LLC d/b/a C1D1 LABS,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM FINISHING SYSTEMS, INC. d/b/a/ ADVANCED EXTRACTION LABS and C1D1 BOOTHS,<br><br>Defendant. | Case No. 3:26-cv-1401<br><br>**CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>(Local Rule 3-15) |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

TO: THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Alien Processing, LLC d/b/a C1D1 LABS | Plaintiff |
| Platinum Finishing Systems, Inc. | Defendant |
| Gotham LF Fund 1, LLC | Third-Party Payor for Plaintiff |

Dated: February 17, 2026

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Joseph K. Lee*
Joseph K. Lee

Seth Ogden (*Pro Hac Vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Plaintiff*
*Alien Processing, LLC d/b/a C1D1 Labs*