ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Joseph K. Lee State Bar No. 289258
Joseph.Lee@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

-and-

Seth Ogden (*Pro Hac Vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
Alien Processing, LLC d/b/a C1D1 Labs

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ALIEN PROCESSING, LLC d/b/a C1D1 LABS,

Plaintiff,

v.

PLATINUM FINISHING SYSTEMS, INC. d/b/a/ ADVANCED EXTRACTION LABS and C1D1 BOOTHS,

Defendant.

Case No. 3:26-cv-1401

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Alien Processing, LLC d/b/a C1D1 Labs hereby discloses that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: February 17, 2026

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Joseph K. Lee*
Joseph K. Lee

Seth Ogden (*Pro Hac Vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Plaintiff*
*Alien Processing, LLC d/b/a C1D1 Labs*

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262