United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALIEN PROCESSING, LLC
d/b/a C1D1 LABS,

               Plaintiff(s),

    v.

PLATINUM FINISHING SYSTEMS,
INC. d/b/a/ ADVANCED
EXTRACTION LABS and C1D1
BOOTHS,

               Defendant(s).

Case No.   3:26-cv-1401

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I,   Seth R. Ogden   , an active member in good standing of the bar of

Tennessee   , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing:   Alien Processing, LLC d/b/a C1D1 LABS

In the above-entitled action. My local co-counsel in this case is   Joseph K. Lee   , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is:   289258   .

1600 Division St., Ste. 500, Nashville, TN 37203
MY ADDRESS OF RECORD

20 Pacifica, Ste. 1100, Irvine, CA 92618
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(615) 242-2400
MY TELEPHONE # OF RECORD

(949) 453-4260
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sro@iplawgroup.com
MY EMAIL ADDRESS OF RECORD

joseph.lee@aalrr.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is:   TN: 034377   .

    A true and correct copy of a certificate of good standing or equivalent official document from

said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _2/12/2026_

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Seth R. Ogden_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _February 19, 2026_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

## *Supreme Court of Tennessee*

## *Certificate of Good Standing*

*I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

## Seth Rayborn Ogden

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 10, 2015, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 6th day of February, 2026.*

*James M. Hivner*
*Clerk of the Supreme Court of Tennessee*

By: _____
*Ashley Boggess, D.C.*